PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $34,600.00 IN U.S. CURRENCY,<br><br>    Defendant. | 2:24-MC-00015-DAD-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimants Alfred Andrews and Adriana Jones ("claimants"), appearing *in propria persona*, as follows:

1. On or about October 16, 2023, claimant Alfred Andrews filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $34,600.00 in U.S. Currency (hereafter "defendant currency"), which was seized on July 20, 2023. On or about October 27, 2023, claimant Adriana Jones filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the defendant currency.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant currency as required by law in the administrative

1  forfeiture proceeding.

2      3.    Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for
3  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
4  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative
5  forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the
6  parties.  That deadline was January 14, 2024.

7      4.    By Stipulation and Order filed January 18, 2024, the parties stipulated to extend to
8  February 29, 2024 , the time in which the United States is required to file a civil complaint for forfeiture
9  against the currency and/or to obtain an indictment alleging that the defendant currency is subject to
10 forfeiture.

11     5.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend
12 to April 30, 2024, the time in which the United States is required to file a civil complaint for forfeiture
13 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
14 subject to forfeiture.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

6.    Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to April 30, 2024.

Dated: 2/26/2024

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 2/23/2024

/s/ Alfred Andrews
ALFRED ANDREWS
Potential Claimant, appearing *in propria persona*
101 McGee St.
Greenville, SC 29601

(Signature authorized by email)

Dated: 2/22/2024

/s/ Adriana Jones
ADRIANA JONES
Potential Claimant, appearing *in propria persona*
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

(Signature retained by attorney)

**IT IS SO ORDERED**.

Dated: March 4, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
usa24mc15.stip.ext.2