PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $34,600.00 IN U.S. CURRENCY,<br><br>Defendant. | 2:24-MC-00015-DAD-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Alfred Andrews ("claimant"), appearing *in propria persona*, as follows:

1. On or about October 16, 2023, claimant Alfred Andrews filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $34,600.00 in U.S. Currency (hereafter "defendant currency"), which was seized on July 20, 2023.  The DEA also received an administrative claim from Adriana Jones, but that claim was withdrawn on April 23, 2024, and therefore Adriana Jones is no longer a party to this matter.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative

forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was January 14, 2024.

4. By Stipulation and Order filed January 18, 2024, the parties stipulated to extend to February 29, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed March 4, 2024, the parties stipulated to extend to April 30, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed May 1, 2024, the parties stipulated to extend to May 30, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to June 28, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to June 28, 2024.

Dated: 5/29/2024                                PHILLIP A. TALBERT
                                                United States Attorney

                                        By:    /s/ Kevin C. Khasigian
                                                KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney

Dated: 5/29/2024                                /s/ Alfred Andrews
                                                ALFRED ANDREWS
                                                Potential Claimant, appearing *in propria persona*

                                                (Signature authorized by phone)

**IT IS SO ORDERED**.

Dated: May 30, 2024

                                                _____
                                                CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE

8
usa24mc15.stip.ext.628