MICHELE BECKWITH
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $34,600.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 2:24-MC-00015-DAD-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and potential claimant Alfred Andrews ("claimant"), appearing *in propria persona*, as follows:

　　　　1.　　On or about October 16, 2023, claimant Alfred Andrews filed a claim in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $34,600.00 in U.S. Currency (hereafter "defendant currency"), which was seized on July 20, 2023.  The DEA also received an administrative claim from Adriana Jones, but that claim was withdrawn on April 23, 2024, and therefore Adriana Jones is no longer a party to this matter.

　　　　2.　　The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative

forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was January 14, 2024.

4. By Stipulation and Order filed January 18, 2024, the parties stipulated to extend to February 29, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed March 4, 2024, the parties stipulated to extend to April 30, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed May 1, 2024, the parties stipulated to extend to May 30, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed May 30, 2024, the parties stipulated to extend to June 28, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed June 28, 2024, the parties stipulated to extend to July 26, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. By Stipulation and Order filed July 24, 2024, the parties stipulated to extend to August 23, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the

1  defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
2  forfeiture.
3      10.    By Stipulation and Order filed August 26, 2024, the parties stipulated to extend to
4  September 20, 2024, the time in which the United States is required to file a civil complaint for forfeiture
5  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
6  subject to forfeiture.
7      11.    By Stipulation and Order filed September 27, 2024, the parties stipulated to extend to
8  September 27, 2024, the time in which the United States is required to file a civil complaint for forfeiture
9  against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
10 subject to forfeiture.
11     12.    By Stipulation and Order filed September 30, 2024, the parties stipulated to extend to
12 October 4, 2024, the time in which the United States is required to file a civil complaint for forfeiture
13 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
14 subject to forfeiture.
15     13.    By Stipulation and Order filed October 2, 2024, the parties stipulated to extend to
16 November 1, 2024, the time in which the United States is required to file a civil complaint for forfeiture
17 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
18 subject to forfeiture.
19     14.    By Stipulation and Order filed November 1, 2024, the parties stipulated to extend to
20 December 31, 2024, the time in which the United States is required to file a civil complaint for forfeiture
21 against the defendant currency and/or to obtain an indictment alleging that the defendant currency is
22 subject to forfeiture.
23     15.    By Stipulation and Order filed January 2, 2025, the parties stipulated to extend to January
24 30, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the
25 defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to
26 forfeiture.
27     16.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend
28 to February 28, 2025, the time in which the United States is required to file a civil complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

17. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 28, 2025.

Dated: 1/28/2025

MICHELE BECKWITH
Acting United States Attorney

By:  /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 1/28/2025

 /s/ Alfred Andrews
ALFRED ANDREWS
Potential Claimant, appearing *in propria persona*

(Signature authorized by phone)

**IT IS SO ORDERED**.

Dated: January 30, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, usa24mc0015.stip.0228